# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 05-22-BU-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JAMES VAUGHN NORBURY, | |
| Defendant. | |

Defendant, James Vaughn Norbury, having filed an Unopposed Motion to Appear via Video (Zoom) for Final Revocation Hearing; IT IS HEREBY ORDERED the Defendant, James Vaughn Norbury may appear via video using Zoom for the Final Revocation Hearing, currently scheduled for Tuesday, February 21, 2023, at 10:00 a.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 15th day of February, 2023.

_____
John Johnston
United States Magistrate Judge

1