**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-05-22-GF-BMM |
| Plaintiff, | |
| vs. | |
| JAMES VAUGHN NORBURY, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 19, 2026. (Doc. 107.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 18, 2026. (Doc. 102.) The United States accused James Norbury (Norbury) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine on August 8, 2025, and admitting to daily use between August 2, 2025, and August 5, 2025; (2) testing positive for methamphetamine and marijuana on September 25, 2025, and signing an admission form on September 29, 2025, admitting to daily use between September 24, 2025, and September 27, 2025; (3) testing positive for methamphetamine on October 20, 2025, October 26, 2025, and November 4, 2025; (4) failing to report to his probation officer as instructed on November 4, 2025; and (5) failing to report for substance abuse testing on November 15, 2025. (Doc. 98.)

At the revocation hearings, Norbury admitted that he had violated condition of his supervised release in allegations 1-5 as set forth in the Petition. (Doc. 102.)

Judge Johnston recommended a sentence of 9 months, with no supervised release to follow. (Doc. 107.) The Court advised Norbury of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 102.)

The violations Norbury admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 107) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that James Vaughn Norbury be sentenced for a term of 9 months, with no supervised release to follow.

DATED this 1st day of June 2026.

Brian Morris, Chief District Judge
United States District Courts